| | |
|---|---|
| 1 | Randy Renick (SBN 179652) |
| | Cornelia Dai (SBN 207435) |
| 2 | Elizabeth Song (SBN 326616) |
| | HADSELL STORMER RENICK & DAI LLP |
| 3 | 128 North Fair Oaks Avenue, Suite 204 |
| | Pasadena, California 91103-3645 |
| 4 | Telephone: (626) 585-9600 |
| | E-mail: *rrr@hadsellstormer.com* |
| 5 | *cdai@hadsellstormer.com* |
| | *esong@hadsellstormer.com* |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | JASON CRAIG and MICHAEL ROSS |
| 8 | JACKSON LEWIS P.C. |
| | CAROLYN G. BURNETTE (SBN 191294) |
| 9 | SANDER VAN DER HEIDE (SBN 267618) |
| | 400 Capitol Mall, Suite 1600 |
| 10 | Sacramento, California 95814 |
| | Telephone: (916) 341-0404 |
| 11 | Facsimile: (916) 341-0141 |
| | E-mail: *carolyn.burnette@jacksonlewis.com* |
| 12 | *sander.vanderheide@jacksonlewis.com* |
| 13 | Attorneys for Defendants |
| | CORTEVA, INC., E.I. DU PONT DE NEMOURS |
| 14 | & COMPANY, DOW AGROSCIENCES LLC, |
| | THE DOW CHEMICAL CO., DOWDUPONT, INC. |
| 15 | n/k/a DUPONT DE NEMOURS, INC., and DOW, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CRAIG and MICHAEL ROSS, individually and on behalf of all similarly situated current and former employees, | Case No.: 3:19-cv-07923-JCS |
| Plaintiffs, | **SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE/SERVE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| v. | |
| CORTEVA, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a DUPONT DE NEMOURS, INC., DOW INC., and DOES 1 through 10, inclusive, | Complaint Filed: 12/03/2019<br>Trial Date: Not set |
| Defendants. | |

1

SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE/SERVE RESPONSIVE
PLEADING TO PLAINTIFFS' COMPLAINT                               Case No. 3:19-cv-07923-JCS

JASON CRAIG and MICHAEL ROSS (collectively "Plaintiffs") and CORTEVA, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a DUPONT DE NEMOURS, INC., and DOW, INC. (collectively "Defendants"), through their undersigned counsel, jointly stipulate to extend the time for Defendants to file and serve their responsive pleadings to March 2, 2020.  This is the second stipulation regarding the responsive pleadings to allow the parties to confer on whether the number of named defendants can be narrowed. Defendants agree that if any of them file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b), Plaintiffs shall have four weeks to prepare any opposition.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

Dated:  February 7, 2020                           HADSELL STORMER RENICK & DAI LLP

                                                   By:   */s/ Randy Renick* (authorized on 2/7/2020)
                                                         Randy Renick
                                                         Attorneys for Plaintiffs
                                                         JASON CRAIG and MICHAEL ROSS

Dated:  February 7, 2020                           JACKSON LEWIS P.C.

                                                   By:   */s/ Sander van der Heide*
Dated: February 10, 2020                                 Sander van der Heide
                                                         Attorneys for Defendants
                                                         CORTEVA, INC., E.I. DU PONT DE
                                                         NEMOURS & COMPANY, DOW
                                                         AGROSCIENCES LLC, THE DOW
                                                         CHEMICAL CO., DOWDUPONT,
                                                         INC. n/k/a DUPONT DE NEMOURS,
                                                         INC., and DOW, INC.

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

### ATTESTATION

I, Sander van der Heide, have obtained authorization and concurrence in the filing of this document from Randy Renick, an attorney with Hadsell Stormer Renick & Dai LLP, attorneys of record for Plaintiffs, which shall serve in lieu of his signature on the filed document.  I have obtained and will maintain records to support this concurrence for subsequent production for the

Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated:  February 7, 2020 　　　　　　　　　　　　　*/s/ Sander van der Heide*
Sander van der Heide
Attorneys for Defendants