Randy Renick (SBN 179652)
Cornelia Dai (SBN 207435)
Elizabeth Song (SBN 326616)
HADSELL STORMER RENICK & DAI LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
E-mail: *rrr@hadsellstormer.com*
*cdai@hadsellstormer.com*
*esong@hadsellstormer.com*

Attorneys for Plaintiffs
JASON CRAIG and MICHAEL ROSS

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
SANDER VAN DER HEIDE (SBN 267618)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: *carolyn.burnette@jacksonlewis.com*
*sander.vanderheide@jacksonlewis.com*

Attorneys for Defendants
CORTEVA, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a DUPONT DE NEMOURS, INC., and DOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON CRAIG and MICHAEL ROSS, individually and on behalf of all similarly situated current and former employees,

Plaintiffs,

v.

CORTEVA, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a DUPONT DE NEMOURS, INC., DOW INC., and DOES 1 through 10, inclusive,

Defendants.

Case No.: 3:19-cv-07923-JCS

**STIPULATION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE; AND [PROPOSED] ORDER**

Complaint Filed: 12/03/2019
Trial Date: Not set

JASON CRAIG and MICHAEL ROSS (collectively "Plaintiffs") and CORTEVA, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a DUPONT DE NEMOURS, INC., and DOW, INC. (collectively "Defendants"), through their undersigned counsel, enter into this stipulation to dismiss certain named Defendants without prejudice.

Plaintiffs filed a Complaint naming Corteva, Inc., E.I. Du Pont de Nemours & Company, Dow Agrosciences LLC, The Dow Chemical Co., DowDuPont, Inc. n/k/a Dupont de Nemours, Inc., and Dow Inc. The parties have met and conferred regarding narrowing the number of named defendants. The Dow Chemical Company acknowledges that for a portion of the relevant timeframe alleged in the Complaint it was Plaintiffs' employer. Dow Agrosciences, LLC acknowledges that for the remainder of the relevant timeframe alleged in the Complaint it is Plaintiffs' employer. Plaintiffs and Defendants now agree and stipulate that Corteva, Inc., E.I. Du Pont de Nemours & Company, DowDuPont, Inc. n/k/a Dupont de Nemours, Inc., and Dow Inc. will be dismissed without prejudice, with each party bearing its own fees and costs.

Dated: February 27, 2020

HADSELL STORMER RENICK & DAI LLP

By: *\/s\/ Randy Renick* (authorized on 2/26/20 )
Randy Renick
Attorneys for Plaintiffs
JASON CRAIG and MICHAEL ROSS

Dated: February 27, 2020

JACKSON LEWIS P.C.

By: */s/ Sander van der Heide*
Sander van der Heide
Attorneys for Defendants
CORTEVA, INC., E.I. DU PONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a DUPONT DE NEMOURS, INC., and DOW, INC.

**ATTESTATION**

I, Sander van der Heide, have obtained authorization and concurrence in the filing of this document from Randy Renick, an attorney with Hadsell Stormer Renick & Dai LLP, attorneys of

record for Plaintiffs, which shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: February 26, 2020

*<u>/s/ Sander van der Heide</u>*
Sander van der Heide
Attorneys for Defendants

**<u>[PROPOSED] ORDER</u>**

Based on the foregoing Stipulation and good cause appearing, the Court orders the following:

1. Corteva, Inc. is dismissed without prejudice, with each party bearing its own fees and costs.
2. E.I. Du Pont de Nemours & Company is dismissed without prejudice, with each party bearing its own fees and costs.
3. DowDuPont, Inc. n/k/a Dupont de Nemours, Inc. is dismissed without prejudice, with each party bearing its own fees and costs.
4. Dow Inc. is dismissed without prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED.

DATED: ________________

________________________________
JUDGE JOSEPH C. SPERO