RANDY RENICK (SBN 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (SBN 207435)
(Email: cdai@hadsellstormer.com)
HADSELL STORMER RENICH & DAI LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

JAY SMITH (SBN 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (SBN 232995)
(Email: jyoung@gslaw.org)
GILBERT & SACKMAN, A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

Attorneys for Plaintiffs
JASON CRAIG and MICHAEL ROSS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON CRAIG and MICHAEL ROSS Individually and on behalf of all similarly Situated current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>CORTEVA, INC., E.I. DUPONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a/ DUPONT DE MEMOURS, INC., DOW INC., and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 3:19-cv-07923-JCS<br><br>**DECLARATION OF JEFFREY D. JOHNSON REGARDING THE DISTRIBUTION OF SETTLEMENT FUNDS** |

1  I, Jeffrey D. Johnson, being first duly sworn, hereby depose and state:

2      1.    I am the Vice President of CAC Services Group, LLC ("CAC"), located at 6420 Flying Cloud Dr, Suite 101, Eden Prairie, MN. I am over twenty-one (21) years of age, and I am not a party to the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    The following chart contains the Post-Distribution Accounting information required for submission per the Settlement Agreement:

| Post Distribution Accounting (as of 3/31/22) | | |
| --- | --- | --- |
| Total Settlement Fund | $3,800,000.00 | |
| Total Class Members | 223 | |
| Total Class Members Reached | 222 | |
| Claim Forms Submitted | N/A | |
| Opt-Outs | 0 | 0.0% |
| Objections | 0 | 0.0% |
| Average Recovery | $12,467.12 | |
| Median Recovery | $13,092.37 | |
| Maximum Recovery | $19,671.78 | |
| Minimum Recovery | $332.29 | |
| Method of Notice | Notice via First-Class Mail | |
| Method of Payment | Paper Check via First-Class Mail | |
| Checks Not Cashed | 44 | $382,350.10 |
| Amounts Distributed to Cy Pres Recipient (of uncashed checks) | Unknown | |
| Administrative Costs | $8,166.78 | |
| Attorneys' Fees | $950,000.00 | 25.0% |
| Attorneys' Costs | $21,664.81 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of March, 2022.

_____
Jeffrey D. Johnson

- 1 -
**DECLARATION OF JEFFREY D. JOHNSON,**
**REGARDING THE DISTRIBUTION OF SETTLEMENT FUNDS**