RANDY RENICK (SBN 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (SBN 207435)
(Email: cdai@hadsellstormer.com)
HADSELL STORMER RENICH & DAI LLP
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

JAY SMITH (SBN 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (SBN 232995)
(Email: jyoung@gslaw.org)
GILBERT & SACKMAN, A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

Attorneys for Plaintiffs
JASON CRAIG and MICHAEL ROSS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CRAIG and MICHAEL ROSS Individually and on behalf of all similarly Situated current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>CORTEVA, INC., E.I. DUPONT DE NEMOURS & COMPANY, DOW AGROSCIENCES LLC, THE DOW CHEMICAL CO., DOWDUPONT, INC. n/k/a/ DUPONT DE MEMOURS, INC., DOW INC., and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 3:19-cv-07923-JCS<br><br>**DECLARATION OF JEFFREY D. JOHNSON REGARDING THE DISTRIBUTION OF SETTLEMENT FUNDS** |

I, Jeffrey D. Johnson, being first duly sworn, hereby depose and state:

1. I am the Vice President of CAC Services Group, LLC ("CAC"), located at 6420 Flying Cloud Dr, Suite 101, Eden Prairie, MN. I am over twenty-one (21) years of age, and I am not a party to the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The accounting filed on March 31, 2022, included an erroneous reference to a cy pres recipient, in contrast with the Amendment to the Joint Stipulation at ¶11 which provides that if any checks remain uncashed, any uncashed checks should be sent to the California State Controller's Office Unclaimed Property Fund.

3. Checks were mailed to Class Members on March 10, 2022. Pursuant to the Settlement Agreement the checks were valid and negotiable for 180 days until September 6, 2022. No checks were returned as undeliverable. Eight (8) checks remain uncashed for a total of $34,429.33. We will transfer that amount to the California State Controller's Office Unclaimed Property Fund for the benefit of the Class Member to whom the payment was designated in accordance with state law by September 30, 2022.

/ / /

/ / /

/ / /

**DECLARATION OF JEFFREY D. JOHNSON,
REGARDING THE DISTRIBUTION OF SETTLEMENT FUNDS**

4. The following chart contains the Post-Distribution Accounting information required for submission per the Settlement Agreement.

| Post Distribution Accounting (as of 9/14/2022) | | |
|---|---:|---:|
| Total Settlement Fund | $3,800,000.00 | |
| Total Class Members | 223 | |
| Total Class Members Reached | 222 | |
| Claim Forms Submitted | N/A | |
| Opt-Outs | 0 | 0.0% |
| Objections | 0 | 0.0% |
| Average Recovery | $12,467.12 | |
| Median Recovery | $13,092.37 | |
| Maximum Recovery | $19,671.78 | |
| Minimum Recovery | $332.29 | |
| Method of Notice | Notice via First-Class Mail | |
| Method of Payment | Paper Check via First-Class Mail | |
| Checks Not Cashed | 8 | $34,429.33 |
| Amount to be Sent to the State Controller's Office | Unknown | |
| Administrative Costs | $8,166.78 | |
| Attorneys' Fees | $950,000.00 | 25.0% |
| Attorneys' Costs | $21,664.81 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of September, 2022.

_____
Jeffrey D. Johnson